**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 18-cv-01342-RM-GPG

STELA FESTINI-STEELE,

    Plaintiff,

v.

EXXONMOBIL CORPORATION,

    Defendant.

---

## ORDER

---

    This case brought under the Employee Retirement Income Security Act of 1974 ("ERISA") is before the Court following a remand by the United States Court of Appeals for the Tenth Circuit. *See Festini-Steele v. ExxonMobil Corp.*, No. 20-1052, 2021 WL 629755 (10th Cir. Feb. 18, 2021) (unpublished). Based on the Tenth Circuit's ruling, Plaintiff is entitled to entry of judgment in her favor.

    As the prevailing party, Plaintiff is also entitled to her costs incurred in connection with her ERISA claim under Fed. R. Civ. P. 54(d)(1).[1] Moreover, the Court finds an award of attorney fees may be appropriate. *See* 29 U.S.C. § 1132(g). Accordingly, Plaintiff may file a compliant motion for attorney fees and costs within thirty days of the date of this Order. Defendant shall have fourteen days to respond to the motion.

---

[1] The Court notes that the parties stipulated to bearing their own attorney fees and costs incurred in connection with Plaintiff's dismissed state law claim. (*See* ECF No. 149.)

Therefore, the Clerk is directed to enter JUDGMENT in Plaintiff's favor.

DATED this 8th day of April, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge